(36)     Cont, Amend Pos ___/___/___)

4, Cont. The function of the Regional Coommanders (R.C's) is to
help in supervising all "Capitulos de Atras de las Rejas".
They will be responsible for collecting and revising
"S.O.N.R's" before they are submitted to S.C.I. and S.C.C.
In as well, they will serve as the first chain of command,
the local Incas must go to in order to request, submit or
propose anything.  The R.C's will review and are allowed
to give executive dispositions of a reasonable nature.
They are not to make decisions of stipulating alliances
without the approval of S.C.I., S.C.C. and S.C.E.  The
following members have been awarded the positions:
King Showtime, King Showbiz and the last one is undecided,
as of yet.  <u>All information that goes through the R.C.'s
must be submitted to the Supreme Crown Inca and Carique.</u>
R.C.'s shall be responsible to making a <u>monthly</u> "S.O.N.R.
One copy for the S.C.I. and one, for the S.C.C.  Suggestions,
proposals, and ideas should be added in the "S.O.N.R."
This responsibility is separate from the responsibility
of collecting S.O.N.R's from every "Capitulo de Atras de
las Rejas".

5.     Supreme Crowns are not to interfere with the normal direction
of whatever chapter they reside in.  That responsibility is
left in the hands of the local Inca, et AL..
They intervene only when they feel it's absolutely
necessary, otherwise, let the local Crowns and officers
handle theirs.  Also, S.C.E. <u>must</u> inform S.C.C. of any
decisions he has made so that S.C.C. may inform S.C.I.

(37)    (Cont, Amend Pos ___/___/___)

5, Cont.    and all three are aware and vice versa.

6.    For those of you who are confused as to who are members
of Las Coronas MA. (A.K.A. Supreme Crowns) and how many
there are, the following should answer your question:
The MA. Las Coronas or Supreme Crown consists of 7 mem-
bers.    Their function is quite apparent in our King Man-
ifesto Constitution.
The seven positions consist of two Executive Founding
Fathers and five Executive Coronas.
The first of these is the Supreme Crown Inca.
The second of these is the Supreme Crown Casique.
The third of these is the Supreme Crown Encorcador.
The fourth of these is the Supreme Crown Secretario(a).
The fifth of these is the Supreme Crown Tesorero.
The sixth of these is the Executive Founding Father.
The seventh of these is the Executive Founding Father.
The Executive Founding Fathers intervene when one or
more of the Supreme Crowns are unavailable at the time
when an important decision is needed,  they shall sub-
stitute.    They are also bound by duties stipulated in
the "Contract of Honor".

7.    In the only form a member of "Las Coronas" can be ousted
is if they are convicted of a major crime against King
Manifesto Law. (ie...rape, snitching, etc..)  Otherwise
these positions, as stated in the King Manifesto Consti-
tution are indefinite.

I do hope you questions have been answered.  So it is written, so

(38)    (Cont, Amend Por ___/___/___)

shall it be added as an amendment in the MA. Policy Book. Amor de Las Coronas.

Affirmed by:  King Wizard
MA. Supreme Crown Carique
ALKON 8/8/95

Affirmed by:  Lord Grim
MA. Supreme Crown Inca
(E.F.F.) ALKON 8/8/95

(39)                    (Class Topic)

## HISTORY OF THE FOUNDING OF THE MA. A.L.K.O.N.

This topic has been created to inform the Nation Members of the founding of the Almighty Latin King Organization Nation, in Mass., and those who were an important and integral part in establishing our righteous and revolutionary organization. May it be remembered for the positive of its past lessons, in as well as the negative occurrences. It is only in the <u>true</u> interpretation of history that we can learn to promote or prevent (whichever is appropriate) its repetition.

It was in February of 1992, that a group known as the Almighty Latin Kings Nation took an interest in setting up a chapter of "Nation Men" in Massachusetts. After various meetings with, then New Haven, CT's "Latin Kings President" (a sister by the name of Maria 'Cheena' Vidro), a definite decision was made to open a chapter in Springfield, MASS.. *

Three people were chosen for this task; Eddie Hernandez was to be the Chapter President. A man who in Bridgeport, Connecticut was known to be one of the most efficient "Enforcers" in Conn., Alex Delgado A.K.A. Lord Grimlock (Grim) who was known to be a politically conscious individual and who was geographically available, due to the fact that at the time he was an On-campus, active "Continuing Education" student at the University of Massachusetts at Amherst (UMASS) and also a former "75Bravo" U.S. Army Soldier. The Last, but not least individual was "Nico Rosado" A.K.A. King Shadow, his reputation of organization skills and his talent for complying with complex orders were known to be outstanding- It was settled- Hernandez was the President, Lord Grim was the Vice-

(40)                              (Class Topic)

(Cont, History of the Founding of the MA. A.L.K.O.N.)
President and King Shadow became the Chief Enforcer.
   "J-1 Jesse", a high ranking leader of the Connecticut A.L.K.N.
gave the new chapter its official Written Blessing...Enter the
Mission.

   All went as was expected; until September of '92.  The
death of Annaldo "Nardy" Estenas sent major shockwaves into the
core leadership of the Springfield Local Crown. (May the deceased
Rest in Peace).  The media made a public spectacle of the alleged
homicide.  Hec-Man, King Shadow, Lord Grim and Hugo Morales kept
strong under the Pig and Media oppression.  In court, it was admit-
ted that a mission was set to give a "Beatdown" to Estenas, but
that it was not a unanimous decision to "Execute" Estenas.  Under
a 99% white, suburban jury, Lord Grim and Hec-Man were given
natural life sentences.  A sacrifice that some consider worse than
death.  It is said that someone asked Hec-Man and Lord Grim: Why
did you protect a gang?  Hec-Man replied "It's not a gang, it is
a Nation" and Lord Grim replied "The integrity of the Almighty
Latin King Nation is more important than the desires of one in-
dividual and besides ... We're King Warriors!!!  Nico received
a 2nd degree life sentence.  "I live a King and die a King," were
his most memorable words.

   It was thought by the Mass. government that one calamity could
keep this righteous nation down ... Impossible!  The President,
Eddie Hernandez was given federal and state charges for a triple
murder and Lord Grim inherited the position.  It was then that
the Motherland reached Lord Grim and gave him the honor of becoming

(41)                          (Class Topic)

the Massachusetts first "State Power of Attorney" awarded via
King Manny, Ambassador of Nation Las Coronas in the Motherland,
Chi-Town (Chicago). Upon receiving the official verbal Blessing,
Lord Grim immediately set upon creating a format, an "archi-
tectual blueprint" on how to make a Nation grow while being con-
stantly persecuted by the D.O.C. (Department of Corrections).
King Shadow and Hec-Man were an integral part in the thought process
of the MA. A.L.K.N. blueprint. Finally a format was agreed upon and
all three Brothers agressively set upon the mission given to them.
The right brothers were painstakingly chosen, a format was taught
to them, and sooner than it was expected through perseverance,
trials, tribulations, hope, and determination, the Almighty Latin
Kings Organization Nation flourished. From that point onwards,
they were recognized as the Founding Fathers of the MA. ALKON.

     Being a Founding Father is the hardest position to earn. To
achieve such a position, one must go to a state where no official
ALKON chapter exists and through mountains of opposition, not only
by police but by rival, petty gangs, through trials of persecution,
one must stay focused enough to make the right decisions, choose
the right leaders, make a successful expansion blueprint and at
works end, flourish various Latin King Chapters. It was this that
Lord Grim, King Shadow, and King Hec-Man achieved.

     This good brothers and sisters is the history of the MA.
Founding Fathers and the founding of the Almighty Latin Kings
Organization Nation, here in Massachusetts. If you ask any one
of the MA. Founding Fathers, Was it worth that much sacrifice,
pain, persecution to yourself? I believe they would reply: "The

(42)                                    (Class Topic)

(Cont, History of the Founding of the MA. A.L.K.O.N.)

needs of the people as a whole is more important than the individ-
ual, through the chaos we see a reality where the ALKON is a van-
guard revolutionary, representative of the Latino and 3rd World
peoples, on this continent. We have offered you the Motherland's
King Manifesto Constitution, we have brought to you, organization,
and you have accepted it. It is now upon you to achieve the
Latino progress for that is the biggest mission yet, and for that
mission it takes alot more than three founding fathers. It takes
a nation of hundreds of thousands, of millions. It takes you,
Latin King, you Latin Queen, who reads this to make progress... to
make Revolution, to make a sovereign, self-determined nation of
liberated peoples ... To achieve Black and gold on both continents
through peace by those who welcome us or war by those who oppress
us. You have enlisted yourself to a lifetime commitment, not an
ignorant criminal minded gang. You are revolutionaries and
though the government may call a crime what you call a cause...
You are righteous!! So rock on Kings and Queens - Rock on!!!"

        I truly believe that is what they would say ... I know ...
because my name is ... Lord Grim ... And I am King!

                        Behold Latin King!!
                        Behold Latin Queen!!
                        It's Nation Time!!

* This occurred before the transition from Charter to King Man-
festo Constitution

# EXHIBIT 2

Book 4

# THE KING MANIFESTO
*****************************

## INDEX
*******

Pg 1 - Def. of Almighty Latin King Nation

Pg 2 - Cont. of Definiton and Explaination

Pg 3 - The Holy Prayer

Pg 4 - Kings and Queens Prayer

Pg 5 - Icons

Pg 6 - Kingism and its stages

      I. Primitive
      II. Conservative

Pg 7 - III. The New King

Pg 8   Cont, New King

Pg 9   Cont, New King

Pg 10 - The Code of Kingism

Pg 11 - National Emblem

      - Sacred Colors
      - National Salute

Pg 12 - Nation Flag

Pg 13 - Fearlessness

Pg 14 - The Almighty Eye

Pg 15 - Brown Force

Pg 16 - Nation Men

Pg 17 - King Am I

## THE KING MANIFESTO
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ALMIGHTY LATIN KING NATION

He who knows, and knows that he knows, is a wise man,
Listen to him!

He who knows, and does not know that he knows is asleep,
Wake him up!

He who does not know, and knows that he does not know,
Wants to learn ... Teach him!

He who does not know, and does not know that he does
Not know, is a fool ... Avoid him!

                                        Confucian

```
A L M I G H T Y    L A T I N    K I N G S      N A T I O N
O E N R A O A      A M R L A    N N O L T      A A L O N N U
V A   E R W H      T E I L T    O D B O R      T L G E   E C
E S   A M A W      I R B U U    W E I W E      U I E T     L
U     T O R E      N I E M R    L S L I N      R E T H     E
R       N D H      C   I A L    E T I N G      A S   E     U
E       Y S        A   N T L    D R T G T      L     R     S
D                  N   A I      G Y Y   H
                   A   T I      E
                       I N      C
                       N G      T
                       G        I
                                B
                                L
                                E
```

A LOVE MEASURED IN GREAT HARMONY TOWARDS YAHWEH
     LATIN AMERICAN TRIBE ILLUMINATING NATURAL
KNOWLEDGE, INDESTRUCTIBLE NOBILITY and GLOWING STRENGTH
     NATURAL ALLIES TOGETHER IN ONE NUCLEUS

-1-

## THE KING MANIFESTO
*************************

### ALMIGHTY LATIN KING NATION

The Almighty Latin King Nation is a religion which gives us faith in ourselves, a national self-respect, power to educate the poor and relieve the misery around us.

It is the Brotherhood of man, blending like the waves of one ocean, shining as the Sun, one soul in many bodies bearing fruit of the same tree.

It creates in us a thirst like the heat of the earth on fire, a thirst for knowledge, wisdom, strength, unity and freedom.

It is the Sun glowing in the essence of our being, the brightness in our eyes that cast reflections of its rays spitting fire in all directions.

It is the unshakable spirit and the nobleness of our hearts, the limitless power of the mind, the unrelentless will to be free.

It is pride, ambition, love, sacrifice, honor, obed-ience and righteousness, all our powers and all our desi-res thrown into the mission of human service and united into one Single Gold Sun.

If you want to find Yahweh, serve the Almighty Latin King Nation. Put on the Gold Sun - Black and Gold colors, place your right fist upon your heart and pledge devotion to the Almighty Latin King Nation, to Yahweh and all oppressed people. This is the Nation of Kingism...

BEHOLD KING LOVE!

-2-

# THE KING MANIFESTO
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## HOLY PRAYER

Almighty Father, King of Kings, Maker of the Universe and Foundation of Life, bring peace to our souls, those present, to those not present, to the young and to the old.

As an Almighty Latin King Nation under one Sun protected by thine love and guidance, we bring our right fist upon our heart for sincerity, love, wisdom, strength, knowledge and understanding.  Three hundred and sixty degrees of Strong King Wisdom.

Illuminate our minds and our hearts.  Guide our thoughts with thine righteousness.  Guide and protect the thoughts of our Coronas and all those holy and righteous lovers and followers of our beloved family and tribe — the Almighty Latin King Nation.

Let the manifestation of our departed Brothers and Sisters be the path to thee and let it be as it was in the beginning — Strong King Wisdom on both continents, Peace in Black and Gold.

King Love! Yesterday, Today, Tomorrow, Always And Forever

# THE KING MANIFESTO
## *************************

## KINGS AND QUEENS PRAYER

Oh King of the Universe, Supreme maker of all things, We, the Almighty Latin King and Queen Nation ask you, Almighty King, to bring peace to our souls; bring peace to those of our Brothers and Sisters who have died in our cause. As an Almight Nation under the Sun, protected by you love and guidance, we bring our right fist upon our hearts for love, honor, obedience, sacrifice and right-eousness.

We ask you, Almighty King, to bless our departed Brothers and Sisters, members of our beloved and mighty Nation, who on this very day rest in the bosom of your sanctuary. May they rest in your care and may they have found the peace and freedom they sought. In our critic-al moments, bring us comfort and guide us through those days of confusion and oppression. May the blessings of the ancients and the wisdom of the ages guide us and keep our Nation strong as we battle the forces that seek to deny us.

We, the Almighty Latin King and Queen Nation, are en-trusted with a divine mission, one that transcends per-sonal gains and recognition. As Kings and Queens, we pledge ourselves ever faithful to that mission. Make us all aware that others look to us for guidance, and let us always prove ourselves worthy of providing it. For,

though, we are of different Nationalities, we all share the same cultures of our ancient ancestors, whose every word is law throughout the world. It is our destiny to lead rather than be led.

We, the Almighty Latin King and Queen Nation, have the blood of royalty in our veins. We are the guiding light of our People. Place wisdom in our minds, love in our hearts, and fortitude to withstand the trials of time. Guide and protect our Coronas, so that they may lead us to our ultimate goal — the awakening of our Peo-ple to their oppressed state, so that they may lift our heritage to its rightful place among the thrones of Kings and Queens.

LET THE MANIFESTATION OF OUR SACRIFICED BROTHERS AND SISTERS BE THE PATH TO THEE, AND LET IT BE AS IT WAS IN THE BEGINNING:

STRONG KING AND QUEEN WISDOM-PEACE IN BLACK & GOLD...

## THE KING MANIFESTO
## **********************

## ICONA

The history of all hitherto existing gang feuds is
the History of label struggles for the sake of "click"
recognition.  It is this egotistical force for recognit-
ion which leads to rivalry and senseless disputes which
often cost the high price of human life.  The life of our
People, the oppressed Third World People.

With the intentions of changing this social and
oppressive phenomenon, the King Manifesto is written to
serve as a guide and to enlighten our deplorable condit-
ions under the existing order of things.  With this
thought in mind, we proceed to create the New King, the
Moral King, the King of Others, the lover of men and the
Turning Wheel of Change.

Devoting your life to the principles of Kingism im-
-plies a life of service to your fellow man.  We can be of
service in no other way.  If you turn your back on your
Brother, simply, because of a label, you are turning your
back on the Almighty Latin King Nation.

One who does not know the Almighty Latin King Nation
and its Laws is like a plant growing in the shade.
Although it knows not the Sun, it is nevertheless abso-
lutely dependent upon it.

The Nation is in your hands.  If you turn your back
on the Nation, you are denying yourself the sole purpose
of you existence - the right to be free!


BEHOLD LATIN KING!

THE KING MANIFESTO
*************************

KINGISM

Kingism is the doctrine of the Almighty Latin King
Nation.  There are three stages or cycles of Nation life
that constitutes Kingism.  They are:

PRIMITIVE STAGE
CONSERVATIVE STAGE
THE NEW KING STAGE

In order for one to grasp a good understanding of each
stage and its development, one must understand and con-
sider the social factors surrounding each stage.

I.   THE PRIMITIVE STAGE is that stage in life where the
King Warrior acts on impulse, executing his actions with-
out giving them the serious thought that they demand.  A
stage of immaturity where the King Warrior's time is
spent "gang-bangin", getting high and being recognized
as big and bad.
     This can also be classified as the wasteful stage to
a certain extent; to the extent that what is being done
is being done unconsciously.  Yet, it is not wasteful in
the sense, that the environment conditions this type of
behavior, in order for one to survive the hardships of
ghetto life - that undesireable level at the lowest plane
of social existence, it is wasteful in that energy is be-
ing misused.  There are no objectives for one's actions,
except for the factual phenomenom that the entire affair
is centered around recognition, label recognition and
personal recognition.  This egotistical tendency often
leads to a blind alley.
     Regardless of how senseless one's actions may seem
at this level, this is the original stage of Kingism and
from the roots of the Primitive stage emerges the second
stage.  It is at this level, where one either breaks or
becomes strong.  True lovers of the Nation develop at
this stage.

II. THE CONSERVATIVE STAGE (also known as Mummy stage) is
the stage of so-called maturity.  At this level, the King
Warrior becomes tired of the Primitive Stage.  He no
longer wishes to participate in the senseless routine of
gang fighting, hanging on the corner or being recognized
as big and bad.  Most often, at this level, the King War-
rior gets married and retires, alienating himself from
the boys and the Nation, concentrating his energies and
devotion to his Queen, his children and his responsibil-
ity to them; ignoring the fact that he has unconsciously
been neglecting his main responsibility to them and him-
self, i.e., to make himself and his loved ones free!