✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **MA**

| United States | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | Case Number: 04-1671-CBS |
| Josue Rodriguez | | | | | |

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Charles B. Swartwood, III | | | Levitt | | Markham, Rankin |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |
| 2/26/2004 | | | 11:34 A | | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | Jeffrey E. Wood, Jr |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 2/26/04 | X | X | Affidavit of Mark Karangekis |
| 2 | | 2/26/04 | X | X | Criminal Complaint |
| 3 | | 2/26/04 | X | X | Chart dated Dec 5, 2003, showing a drug purchase and supporting documents |
| 4 | | 2/26/04 | X | X | Video of Drug Purchase (excerpt) |
| 4a | | 2/26/04 | X | X | Video of Entire tape of Drug Purchase |
| 5 | | 2/26/04 | X | X | Summary of Transcription of 4a |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages